UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW L. SINGLETON and MYRA F. SINGLETON, | No. 2:25-cv-2030 DJC AC PS |
| Plaintiffs, | |
| v. | ORDER |
| FREEDOM MORTGAGE CORPORATION, et al., | |
| Defendants. | |

Plaintiffs are proceeding in this action in pro se. The action was accordingly referred to the undersigned for pretrial matters by E.D. Cal. R. ("Local Rule") 302(c)(21). This action was removed from Sacramento County Superior Court on July 21, 2025. ECF No. 1. On August 11, 2025, defendants filed a motion to dismiss set to be heard on September 17, 2025. ECF No. 13. The court sua sponte re-set the hearing to October 1, 2025. ECF No. 15. Pursuant to Local Rule 230(c), plaintiffs were required to file an opposition or notice of non-opposition within 14 days of the motion being filed. In this case, the deadline was August 25, 2025. Plaintiffs did not file an opposition or statement of non-opposition. Plaintiffs did file a motion to remand, which is not responsive to the motion to dismiss, set to be heard on September 24, 2025. ECF No. 17

Good cause appearing, IT IS HEREBY ORDERED that the hearing dates of October 1, 2025 and September 24, 2025 are both VACATED, to be re-set as necessary. Defendants'

1

response to plaintiffs' motion to remand remains due September 4, 2025.

Plaintiffs shall show cause, in writing, within 14 days, why the failure to respond to the pending motion should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of an opposition or statement of non-opposition within this timeframe will serve as cause and will discharge this order. If plaintiffs fail to respond, the undersigned will recommend that this case be dismissed for failure to prosecute pursuant to Local Rule 110.

IT IS SO ORDRED.

DATED: August 27, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2