UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW L. SINGLETON and MYRA F. SINGLETON, | No.  2:25-cv-02030 DJC AC PS |
| Plaintiffs, | |
| v. | ORDER |
| FREEDOM MORTGAGE CORPORATION; DHI MORTGAGE COMPANY. LTD, L.P.; and DOES 1-10, inclusive, | |
| Defendants. | |

Plaintiffs, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On January 8, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one (21) days.  ECF No. 28.  Neither party has filed objections to the findings and recommendations, although the Court has reviewed the Notice filed by Plaintiffs. ECF. No. 29.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS

1

HEREBY ORDERED that:

1. The findings and recommendations filed January 8, 2026, are adopted in full;

2. This action is dismissed, without prejudice, for lack of prosecution and for failure to comply with the court's orders. *See* Fed. R. Civ. P. 41(b); Local Rule 110; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **February 20, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Sing2030.801

2